# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| FRESHWATER ACCOUNTABILITY PROJECT, | ) ) ) |
| Plaintiff, | ) CASE NO. 4:17-CV-1361 ) |
| v. | ) ) JUDGE BENITA Y. PEARSON |
| PATRIOT WATER TREATMENT, LLC, | ) ) |
| and | ) ) |
| CITY OF WARREN, OHIO | ) ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY AND ADMITTING SUR-REPLY TO THE RECORD

The Court, having reviewed Plaintiff's Motion for Leave to Sur-reply and being duly advised in the premises,

THEREFORE GRANTS Plaintiff's Motion for Leave to Sur-reply and ORDERS that the Plaintiff's Sur-reply be entered into the record.

SO ORDERED this 2nd day of July, 2018.

      /s/ *Benita Y. Pearson*
      Benita Y. Pearson
      United States District Court Judge