PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| FRESHWATER ACCOUNTABILITY PROJECT, | CASE NO. 4:17CV1361 |
| Plaintiff, | JUDGE BENITA Y. PEARSON |
| v. | |
| PATRIOT WATER TREATMENT, LLC, *et al.*, | |
| | **ORDER** [Resolving ECF No. 89] |
| Defendants. | |

The parties jointly move to dismiss Defendant City of Warren, Ohio, with prejudice, because City of Warren, Ohio has reached a settlement with Plaintiff FreshWater Accountability Project. ECF No. 89. Because the parties stipulate to dismissal with prejudice, and because the Court considers dismissal proper, the motion is granted pursuant to Fed. R. Civ. P. 41(a). Defendant City of Warren, Ohio, is hereby dismissed with prejudice. As against Defendant Patriot Water Treatment, LLC, however, the litigation persists.

IT IS SO ORDERED.

| | |
|---|---|
| January 14, 2019 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |