UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRESHWATER ACCOUNTABILITY PROJECT, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 4:17-CV-1361 |
| v. | ) ) ) | JUDGE BENITA Y. PEARSON |
| PATRIOT WATER TREATMENT, LLC, | ) ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) ) ) ) | |

Now come the parties, by and through their duly authorized counsel, and pursuant to Federal Rule of Procedure 41(a)(1), hereby stipulate to dismiss the above-captioned matter with prejudice, with each party bearing its own attorneys fees and costs.

Dated: February 26, 2019

Respectfully Submitted,

___/s/ Megan M. Hunter_____  
Megan M. Hunter, Esq. (#96035)  
Email: megan@hunterfirm.org  
Hunter & Hunter LLC  
640 Ardleigh Dr.  
Akron, OH 44303  
(234) 281-2528  

James Yskamp, Esq. (#93095)  
Email: jyskamp@fairshake-els.org  
Fair Shake Environmental Legal Services  
159 S. Main Street, Suite 1030  
Akron, OH 44308  
(234) 571-1970  

___/s/ April Bott____  
April Bott (#0066463)  
Email: abott@bottlawgroup.com  
Bott Law Group  
5126 Blazer Parkway  
Dublin, OH 43017  
(614) 761-2688  

*Counsel for Patriot Water Treatment, LLC*

1

*Counsel for FreshWater Accountability Project,*
*P.O. Box 473*
*Grand Rapids, Ohio 43522*

**CERTIFICATE OF SERVICE**

I, Megan M. Hunter, hereby certify that a true and correct copy of the foregoing was filed electronically on February 26, 2019. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Megan M. Hunter
Megan M. Hunter (0096035)