Approved.
/s/ *Benita Y. Pearson* on 2/27/2019
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FRESHWATER ACCOUNTABILITY PROJECT, | ) ) ) |
| Plaintiff, | ) CASE NO. 4:17-CV-1361 ) |
| v. | ) ) JUDGE BENITA Y. PEARSON |
| PATRIOT WATER TREATMENT, LLC, | ) ) ) **STIPULATION OF DISMISSAL WITH** |
| Defendant. | ) **PREJUDICE** ) ) ) |

Now come the parties, by and through their duly authorized counsel, and pursuant to Federal Rule of Procedure 41(a)(1), hereby stipulate to dismiss the above-captioned matter with prejudice, with each party bearing its own attorneys fees and costs.

Dated: February 26, 2019

Respectfully Submitted,

___/s/ Megan M. Hunter_____
Megan M. Hunter, Esq. (#96035)
Email: megan@hunterfirm.org
Hunter & Hunter LLC
640 Ardleigh Dr.
Akron, OH 44303
(234) 281-2528

James Yskamp, Esq. (#93095)
Email: jyskamp@fairshake-els.org
Fair Shake Environmental Legal Services
159 S. Main Street, Suite 1030
Akron, OH 44308
(234) 571-1970

___/s/ April Bott____
April Bott (#0066463)
Email: abott@bottlawgroup.com
Bott Law Group
5126 Blazer Parkway
Dublin, OH 43017
(614) 761-2688

*Counsel for Patriot Water Treatment, LLC*

1

*Counsel for FreshWater Accountability Project,*
*P.O. Box 473*
*Grand Rapids, Ohio 43522*